## 35809. DANIS v. WILLIAMS.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

SUBMITTED JANUARY 11, 1980 — DECIDED FEBRUARY 27, 1980.

*Sammy J. Hawkins, Russell Carlisle,* for appellant.
*John Allen Hildebrand,* for appellee.